# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JOSEPH ALEXANDER,          )
                         )
      Plaintiff,           )
                         )
      vs.                  )      Case No. 4:26-cv-0096-MTS
                         )
DAWN HILL-KEARSE, *et al.*,     )
                         )
      Defendants.       )

## <u>MEMORANDUM OPINION</u>

A review of the single-page Complaint filed in this action shows that Plaintiff has not established—or even seriously attempted to establish—this Court's subject-matter jurisdiction. For that reason, the Court, *sua sponte*, will dismiss this action without prejudice. Fed. R. Civ. P. 12(h)(3); *see also Carver v. Atwood*, 18 F.4th 494, 497 (5th Cir. 2021) ("*sua sponte* dismissal is mandatory when a court discovers that it lacks subject-matter jurisdiction"). The Court will not provide an opportunity for Plaintiff to amend the Complaint for two reasons. *First*, this case is malicious in that it is identical to cases filed by this Plaintiff in United States District Courts across the Country.[*] *Second*, mail sent to the address Plaintiff provided this Court (and the other courts) comes back as undeliverable.

---

[*] *See, e.g.*, *Alexander v. Hill-Kearse*, 3:26-cv-0057-WMC (W.D. Wis.); *Alexander v. Hill-Kearse*, 4:26-cv-0115-LPR (E.D. Ark.); *Alexander v. Hill-Kearse*, 5:26-cv-0035-CAR (M.D. Ga.). *See also Alexander v. Hill-Kearse*, 5:26-cv-0113-SLP, ECF No. 4 (W.D. Okla. Jan. 29, 2026) (*sua sponte* dismissing action for lack of subject-matter jurisdiction).

An appropriate Order of Dismissal will be entered herewith.  *See* Fed. R. Civ.

P. 58(a).

Dated this 3rd day of March 2026.

_____

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE